UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FRANCIS MARTINEZ,                           CASE NO.: 0:17-cv-60666-BB

    Plaintiff,

vs.

HD SUPPLY CONSTRUCTION SUPPLY,
LTD. d/b/a HD SUPPLY CONSTRUCTION
& INDUSTRIAL-WHITE CAP

    Defendant.
_____/

### PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, FRANCIS MARTINEZ ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendant, HD SUPPLY CONSTRUCTION SUPPLY, LTD. d/b/a HD SUPPLY CONSTRUCTION & INDUSTRIAL-WHITE CAP ("Defendant"), have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff and Defendant respectfully request thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

BY:   /s/ Jason S. Weiss
        Jason S. Weiss
        Jason@jswlawyer.com
        Florida Bar No. 356890
        WEISS LAW GROUP, P.A.
        5531 N. University Drive, Suite 103
        Coral Springs, FL 33067
        Tel: (954) 573-2800
        Fax: (954) 573-2798
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice.

> BY: /s/ Jason S. Weiss
> Jason S. Weiss
> Jason@jswlawyer.com
> Florida Bar No. 356890